## 55209. PRICE v. SMOOT et al.

DEEN, Presiding Judge.

This case was docketed in this court November 22, 1977. The appellant's brief and enumeration of errors were due December 12. The appellant neither filed nor requested an extension of time. Pursuant to Rule 14 (a)

counsel was ordered to file the enumeration of errors by January 3, 1978. The appellant failed to comply with this time limitation, which nonaction requires the grant of appellee's motion for dismissal of the appeal. *Taylor v. Columbia County,* 232 Ga. 155 (205 SE2d 287); *Shepherd v. Shepherd,* 234 Ga. 708 (217 SE2d 286).

*Appeal dismissed. Smith and Banke, JJ., concur.*

ARGUED FEBRUARY 1, 1978 — DECIDED FEBRUARY 16, 1978.

*Stephen T. Maples,* for appellant.

*Nall & Miller, James S. Owens, Jr., Robert B. Hocutt,* for appellees.